IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ANTHONY M. MILNER,          )
                            )
     Plaintiff,             )
                            )        CIVIL ACTION NO.
     v.                     )          2:19cv799-MHT
                            )              (WO)
THE CITY OF MONTGOMERY,     )
ALABAMA, et al.,            )
                            )
     Defendants.            )
```

### JUDGMENT

In accordance with the opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Defendants' motion to dismiss (doc. no. 12) is granted.

(2) Plaintiff's complaint (doc. no. 1) is dismissed with prejudice.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 21st day of January, 2021.

                        /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE